Adam Hauf 026702
HAUF LAW PLC
4225 W GLENDALE AVE, SUITE A104
PHOENIX, AZ 85051
P: 623.252.0742 F: 623.321.2310
ADMIN@HAUFLAW.COM
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| In re | Case No. 2:15-bk-15247-MCW |
|---|---|
| **IRENE MURHPHY** | In Proceedings Under Chapter 7 |
| | **ORDER COMPELLING TRUSTEE TO ABANDON REAL PROPERTY** |
| Debtor. | Real Property:<br>**4001 E Beryl Lane Phoenix, AZ 85028** |

**UPON CONSIDERATION** of the Debtor's Motion to Compel the Chapter 7 Trustee to Abandon the Real Property ("Motion") located at 4001 E Beryl Lane Phoenix, AZ 85028, the Motion having been served upon parties of interest, the trustee nor any other party of interest having filed an Objection to the Motion and good cause appearing;

**THEREFORE, IT IS ORDERED:**

That the following described real property is either burdensome to the estate and/or is of inconsequential value and benefit of the estate and is hereby abandoned from the bankruptcy estate pursuant to 11 U.S.C. 554: 4001 W Beryl Lane Phoenix, AZ 85028 and legally described within "Exhibit A" of the corresponding Motion.

<u>**DATED AND SIGNED ABOVE**</u>

Case 2:15-bk-15247-MCW    Doc 36    Filed 05/26/16    Entered 05/26/16 09:35:15    Desc
Main Document    Page 1 of 1